Patterson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
AIDA ROJAS,

        Plaintiff,

    -against-                           07-CV-8141 (RPP)

SMITHKLINE BEECHAM CORPORATION,      STIPULATION AND ORDER
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

        Defendants.
------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, Plaintiff Aida Rojas, and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is hereby extended thirty (30) days from October 16, 2007 to November 15, 2007.

Dated: October 3, 2007

_____  
David Ratner  
Victoria J. Maniatis (VM 6388)  
MORELLI RATNER PC  
950 Third Avenue  
New York, New York 12550

Attorneys for Plaintiff Aida Rojas

_____  
Kenneth J. King (KK 3567)  
PEPPER HAMILTON LLP  
620 Eighth Avenue, 37th Floor  
New York, NY 10018-1405

and

Nina M. Gussack, Esquire  
PEPPER HAMILTON LLP  
3000 Two Logan Square  
18th and Arch Streets  
Philadelphia, PA 19103

Attorneys for Defendant  
SmithKline Beecham Corporation d/b/a  
GlaxoSmithKline

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 10/12/07

SO ORDERED.

[signature]
United States District Judge

Dated: 10/12/07