UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
AIDA ROJAS,

            Plaintiff,

     -against-                           07-CV-8141 (RPP)

SMITHKLINE BEECHAM CORPORATION,      STIPULATION AND ORDER
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

            Defendants.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is hereby extended until 30 days after both final transfer of the case to the MDL and the issuance of

a Case Management Order, absent any direction by the Court to the contrary in the Case Management Order.

Dated: November 12, 2007

*[signature]*
David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, New York 12550

Attorneys for Plaintiff Aida Rojas

*[signature]*
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline

SO ORDERED.

*[signature]*
United States District Judge

Dated: November 14, 2007

2